United States District Court
Central District of California

UNITED STATES OF AMERICA vs.  SA CR 99-140 DOC
Defendant FRANCISCO ARROYO  Social Security # 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

Residence 9671 Sabre Avenue  Mailing Address Same
Garden Grove, CA
92844

## JUDGMENT AND PROBATION/COMMITMENT ORDER ON SENTENCING

In the presence of the attorney for the government, the defendant appeared in person, on:

**COUNSEL:**
____ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
__X__ WITH COUNSEL: Robert Weinberg, Retained

**PLEA:**
__X__ GUILTY, and the Court being satisfied that there is a factual basis for the plea
____ NOLO CONTENDERE ____ NOT GUILTY

**FINDING:**
There being a verdict of ____ GUILTY on _____, defendant has been convicted as charged of the offense(s)

ENTERED APR 19 2001
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

8 USC 215, 2: Bank Bribery, Aiding and Abetting (Single-Count Information), Class A Misdemeanor

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby:

It is ORDERED that the defendant shall pay to the United States a special assessment of $25, which is due immediately.

It is ORDERED that the defendant shall pay to the United States a total fine of $2,500. The fine shall be paid in full within 30 days of this judgment.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Frank Arroyo, is hereby placed on probation on the Single-Count Information for a term of three (3) years under the following terms and conditions: (1) The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; (2) The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision; (3) As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's drug dependency to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer; (4) During the period of community supervision the defendant shall pay the special assessment and fine in accordance with this judgment's orders pertaining to such payment; (5) The defendant shall notify the Court, through the Probation Office, of any material change in his economic circumstances that might affect his ability to pay the fine or special assessment; (6) As directed by the Probation Officer, the defendant shall provide to the Probation Officer a signed release authorizing credit report inquiries, federal and state income tax returns and an accurate financial statement with supporting documentation to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer; (7) The defendant shall not transfer, sell, give away or otherwise convey any asset with a fair market value in excess of $100 without approval of the Probation Officer until the fine has been paid in

____ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge   Signature on page 3
DAVID O. CARTER

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

ENTER ON ICMS
APR 19 2001

Sherri R. Carter, Clerk

Dated/Filed _____
Month / Day / Year

By _____
Susan R. Sedei, Deputy Clerk

page one of two pages

26

UNITED STATES OF AMERICA	Docket No. SA CR 99-140 DOC
vs

Defendant FRANCISCO ARROYO	DATE: April 16, 2001

## JUDGMENT AND PROBATION/COMMITMENT ORDER

full; (8) The defendant shall not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the conduct of the affairs of any financial institution insured by the Federal Deposit Insurance Corporation or the National Credit Union Board; (9) The defendant shall maintain a single checking account in his name. All income, monetary gains or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. All other bank accounts shall be disclosed to the Probation Officer; (10) The defendant shall not be employed in any capacity wherein he has custody, control or management of his employer's funds; (11) The defendant shall submit person and property to search or seizure at any time of the day or night by any law enforcement officer and any probation officer, state or federal, with or without a warrant and with or without reasonable or probable cause.; and (12) The defendant shall not possess, have under his control or have access to any firearm, explosive device or other dangerous weapon, as defined by federal, state, or local law.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

____ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge _____DAVID O. CARTER_____

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed 4-17-01
Month / Day / Year

By _____Susan Sedei, Deputy Clerk_____

page two of two pages